**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David Lee BEARD, a.k.a. Michael Lee O'Donnell, Defendant–Appellant.**

No. 05–11078
Non–Argument Calendar.
D.C. Docket No. 04–00061–
CR–FTM–29DNF.

United States Court of Appeals,
Eleventh Circuit.

Jan. 31, 2006.

Mark J. O'Brien, The O'Brien Law Firm, P.A., Tampa, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Middle Dist. of FL, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Mark J. O'Brien, appointed counsel for David Lee Beard in this direct criminal appeal, has moved to withdraw from fur-

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David Lee BEARD, Defendant–Appellant.**

No. 05–11070
Non–Argument Calendar.
D.C. Docket No. 04–00048–
CR–FTM–29DNF.

United States Court of Appeals,
Eleventh Circuit.

Jan. 31, 2006.

Yolanda G. Viacava, Jeffrey F. Michelland, United States Attorney's Office, Fort Myers, FL, for Plaintiff–Appellee.

Mark J. O'Brien, The O'Brien Law Firm, P.A., Tampa, FL, for Defendant–Appellant.

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Mark J. O'Brien, appointed counsel for David Lee Beard in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Beard's convictions and sentences are AFFIRMED.